Jeannette Rogers DULAN, Plaintiff–
Appellant Cross–Appellee,

v.

HUNTSVILLE HOSPITAL ASSOCIA-
TION, INC., Andershock, Dr.; M.D.;
Emergency Room Physician of dft
Huntsville Hospital, Defendants–Ap-
pellees Cross–Appellant.

No. 05–14799.

United States Court of Appeals,
Eleventh Circuit.

Sept. 19, 2006.

W. Sherman Rogers, Washington, DC,
for Appellant.

Jeffrey T. Kelly, Daniel F. Beasley, La-
nier Ford Shaver & Payne, P.C., Hunts-
ville, AL, for Appellee.

Before BIRCH, PRYOR and FAY,
Circuit Judges.

PER CURIAM:

After conducting oral argument, thor-
oughly reviewing the briefs of the parties
and the record in this case, we discern no
error on the part of the district court in
awarding judgment to the defendants in
this case. Accordingly, the judgment of
the district court is AFFIRMED.